| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **CHRISTIAN ANTONIO AGUILAR-ANGEL** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | **RACHEL MONICA AGUILAR-ANGEL** | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | DISTRICT OF NEVADA | |
| Case number (if known) | 19-15396-MKN | |

■ Check if this is an amended filing

Official Form 106E/F
# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

## Part 1:  List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**

   ■ No. Go to Part 2.
   ☐ Yes.

## Part 2:  List All of Your NONPRIORITY Unsecured Claims

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.
   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|   |   |   | Total claim |
|---|---|---|---|
| 4.1 | **Acct Corp** | Last 4 digits of account number **50N1** | **$443.00** |
|  | Nonpriority Creditor's Name | | |
|  | **4955 South Durango Drive** | When was the debt incurred? **Opened 7/29/15** | |
|  | **Las Vegas, NV 89113** | | |
|  | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |
|  | Who incurred the debt? Check one. | | |
|  | ☐ Debtor 1 only | ☐ Contingent | |
|  | ■ Debtor 2 only | ☐ Unliquidated | |
|  | ☐ Debtor 1 and Debtor 2 only | ☐ Disputed | |
|  | ☐ At least one of the debtors and another | Type of NONPRIORITY unsecured claim: | |
|  | ☐ Check if this claim is for a community debt | ☐ Student loans | |
|  | Is the claim subject to offset? | ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims | |
|  | ■ No | ☐ Debts to pension or profit-sharing plans, and other similar debts | |
|  | ☐ Yes | ■ Other. Specify **05 Edge Fitness And Tanning** | |

Debtor 1 **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2 **RACHEL MONICA AGUILAR-ANGEL**                    Case number (if known)  **19-15396-MKN**

---

| 4.2 | **Acctcorp Of Southern N** | Last 4 digits of account number | **05N1** | $2,798.00 |

Nonpriority Creditor's Name
**4955 S Durango Dr Ste 17**
**Las Vegas, NV 89113**
Number Street City State Zip Code

When was the debt incurred? **Opened 08/15**

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney Premier Pest Control**

---

| 4.3 | **Chase Bank** | Last 4 digits of account number | **1776** | $2,242.72 |

Nonpriority Creditor's Name
**6001 Spring Mountain**
**Las Vegas, NV 89146**
Number Street City State Zip Code

When was the debt incurred? **7/1/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Bank Account, Account is closed**

---

| 4.4 | **Check City** | Last 4 digits of account number | **7974** | $966.09 |

Nonpriority Creditor's Name
**8505 S. Eastern**
**Las Vegas, NV 89123**
Number Street City State Zip Code

When was the debt incurred? **4/26/2019**

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Payday Loan**

---

Debtor 1 **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2 **RACHEL MONICA AGUILAR-ANGEL**　　　　　　Case number (if known) **19-15396-MKN**

| | | |
|---|---|---|
| **4.5** | **Check City** <br> Nonpriority Creditor's Name <br> **8505 S. Eastern Ave** <br> **Las Vegas, NV 89123** <br> Number Street City State Zip Code | Last 4 digits of account number _____　　$5,905.01 <br> When was the debt incurred?  **4/12/2019** |

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Payday Loan**

---

| | | |
|---|---|---|
| **4.6** | **Conn Appliances Inc** <br> Nonpriority Creditor's Name <br> **3295 College St** <br> **Beaumont, TX 77701** <br> Number Street City State Zip Code | Last 4 digits of account number **5131**　　$9,695.00 <br> When was the debt incurred?  **Opened 09/18  Last Active 5/01/19** |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Secured**

---

| | | |
|---|---|---|
| **4.7** | **Conn Appliances Inc** <br> Nonpriority Creditor's Name <br> **3295 College St** <br> **Beaumont, TX 77701** <br> Number Street City State Zip Code | Last 4 digits of account number **5130**　　$0.00 <br> When was the debt incurred?  **Opened 08/17  Last Active 09/18** |

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Secured**

---

| Debtor 1 | CHRISTIAN ANTONIO AGUILAR-ANGEL | | |
|---|---|---|---|
| Debtor 2 | RACHEL MONICA AGUILAR-ANGEL | Case number (if known) | 19-15396-MKN |

---

### 4.8 Credit Acceptance Corp
Nonpriority Creditor's Name

Po Box 513
Southfield, MI 48037
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **4941**                    **$8,604.00**

**When was the debt incurred?** Opened 01/12  Last Active 7/25/18

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Automobile**

---

### 4.9 Credit One Bank Na
Nonpriority Creditor's Name

Po Box 98872
Las Vegas, NV 89193
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ■ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **9359**                    **$721.00**

**When was the debt incurred?** Opened 11/18  Last Active 6/05/19

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Credit Card**

---

### 4.10 Crest Financial Serv
Nonpriority Creditor's Name

15 West Scenic Pointe
Salt Lake City, UT 84020
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

Last 4 digits of account number **1581**                    **$0.00**

**When was the debt incurred?** Opened 10/14  Last Active 12/14

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Lease**

---

Debtor 1 **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2 **RACHEL MONICA AGUILAR-ANGEL**                                    Case number (if known) **19-15396-MKN**

---

**4.1 1**

**Dept Of Ed/navient**
Nonpriority Creditor's Name

**Po Box 9635**
**Wilkes Barre, PA 18773**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **0820**                                    **$7,104.00**

When was the debt incurred? **Opened 09/11  Last Active 5/31/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

■ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

**Educational**

---

**4.1 2**

**Diversified Consultant**
Nonpriority Creditor's Name

**10550 Deerwood Park Blvd**
**Jacksonville, FL 32256**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **3440**                                    **$1,776.00**

When was the debt incurred? **Opened 12/17**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Collection Attorney Sprint**

---

**4.1 3**

**Dolr Ln Cent**
Nonpriority Creditor's Name

**6122 W Sahara Ave**
**Las Vegas, NV 89146**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2697**                                    **$542.00**

When was the debt incurred? **Opened 5/03/19  Last Active 6/01/19**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify **Unsecured**

---

Debtor 1  **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2  **RACHEL MONICA AGUILAR-ANGEL**

Case number (if known)  **19-15396-MKN**

---

**4.14**

**Equiant Financial Svcs**
Nonpriority Creditor's Name
**5401 N Pima Rd Ste 150**
**Scottsdale, AZ 85250**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **0129**

**When was the debt incurred?**  **Opened 02/16  Last Active 10/13/16**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Time Shared Loan**

$0.00

---

**4.15**

**FREMONT EMERG SERVICES**
Nonpriority Creditor's Name
**PO BOX 8486**
**Coral Springs, FL 33075**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **2540**

**When was the debt incurred?**  **8/27/2018**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

$927.00

---

**4.16**

**Grant & Weber Inc**
Nonpriority Creditor's Name
**5586 S Fort Apache Rd St**
**Las Vegas, NV 89148**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **2139**

**When was the debt incurred?**  **Opened 04/13**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Collection Attorney St. Rose Dominican Hospital-D**

$267.00

---

Debtor 1  **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2  **RACHEL MONICA AGUILAR-ANGEL**

Case number (if known)  **19-15396-MKN**

| | | | |
|---|---|---|---|
| **4.17** | **Ibew Plus Credit Uni** <br> Nonpriority Creditor's Name <br><br> 4318 E Bonanza Rd <br> Las Vegas, NV 89110 <br> Number Street City State Zip Code <br><br> **Who incurred the debt?** Check one. <br><br> ■ Debtor 1 only <br> ☐ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br><br> ■ No <br> ☐ Yes | **Last 4 digits of account number** **9216** <br><br> **When was the debt incurred?** **Opened 2/20/15 Last Active 10/08/15** <br><br> **As of the date you file, the claim is:** Check all that apply <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of NONPRIORITY unsecured claim:** <br><br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ■ Other. Specify  **Credit Card** | **$0.00** |

| | | | |
|---|---|---|---|
| **4.18** | **Lobel Financial Corp** <br> Nonpriority Creditor's Name <br><br> Po Box 3000 <br> Anaheim, CA 92803 <br> Number Street City State Zip Code <br><br> **Who incurred the debt?** Check one. <br><br> ☐ Debtor 1 only <br> ☐ Debtor 2 only <br> ■ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ■ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br><br> ■ No <br> ☐ Yes | **Last 4 digits of account number** **5197** <br><br> **When was the debt incurred?** **Opened 12/13 Last Active 11/14** <br><br> **As of the date you file, the claim is:** Check all that apply <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of NONPRIORITY unsecured claim:** <br><br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ■ Other. Specify  **Automobile** | **$0.00** |

| | | | |
|---|---|---|---|
| **4.19** | **North American Recover** <br> Nonpriority Creditor's Name <br><br> 1600 W 2200 S Ste 410 <br> West Valley City, UT 84119 <br> Number Street City State Zip Code <br><br> **Who incurred the debt?** Check one. <br><br> ☐ Debtor 1 only <br> ■ Debtor 2 only <br> ☐ Debtor 1 and Debtor 2 only <br> ☐ At least one of the debtors and another <br><br> ☐ **Check if this claim is for a community debt** <br> **Is the claim subject to offset?** <br><br> ■ No <br> ☐ Yes | **Last 4 digits of account number** **8365** <br><br> **When was the debt incurred?** **Opened 02/17 Last Active 10/15** <br><br> **As of the date you file, the claim is:** Check all that apply <br><br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Type of NONPRIORITY unsecured claim:** <br><br> ☐ Student loans <br> ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims <br> ☐ Debts to pension or profit-sharing plans, and other similar debts <br> ■ Other. Specify  **LAWSUIT** | **$1,376.00** |

Debtor 1 **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2 **RACHEL MONICA AGUILAR-ANGEL**                                 Case number (if known)  **19-15396-MKN**

---

**4.20**

**One Nevada Credit Unio**
Nonpriority Creditor's Name

**2645 S Mojave Rd**
**Las Vegas, NV 89121**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **4608**                    **$590.00**

When was the debt incurred?  **Opened 11/12  Last Active 9/05/13**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Deposit Related**

---

**4.21**

**Plus Credit Union**
Nonpriority Creditor's Name

**1900 S Jones Blvd**
**Las Vegas, NV 89146**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **2380**                    **$1,285.00**

When was the debt incurred?  **Opened 02/16  Last Active 04/19**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **LAWSUIT**

---

**4.22**

**Plus Credit Union**
Nonpriority Creditor's Name

**1900 S Jones Blvd**
**Las Vegas, NV 89146**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number  **0101**                    **$254.00**

When was the debt incurred?  **Opened 02/15  Last Active 4/22/16**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Check Credit Or Line Of Credit**

---

Debtor 1   **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2   **RACHEL MONICA AGUILAR-ANGEL**         Case number (if known)   **19-15396-MKN**

---

**4.23**

**Plusfour Inc**
Nonpriority Creditor's Name
**Po Box 95846**
**Las Vegas, NV 89193**
Number Street City State Zip Code

Last 4 digits of account number **0725**                                    **$0.00**

When was the debt incurred?  **Opened 9/29/15**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical**

---

**4.24**

**Plusfour Inc.**
Nonpriority Creditor's Name
**6345 S Pecos Rd Ste 212**
**Las Vegas, NV 89120**
Number Street City State Zip Code

Last 4 digits of account number **7339**                                    **$257.00**

When was the debt incurred?  **Opened 03/14  Last Active 11/13**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Attorney Desert Radiology Solutions**

---

**4.25**

**Plusfour Inc.**
Nonpriority Creditor's Name
**6345 S Pecos Rd Ste 212**
**Las Vegas, NV 89120**
Number Street City State Zip Code

Last 4 digits of account number **1953**                                    **$96.00**

When was the debt incurred?  **Opened 04/14  Last Active 12/13**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Collection Attorney Desert Radiology Solutions**

---

Debtor 1  **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2  **RACHEL MONICA AGUILAR-ANGEL**        Case number (if known) **19-15396-MKN**

---

### 4.26  Plusfour, Inc
Nonpriority Creditor's Name

**Po Box 95846**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 8906                                   **$58.00**

**When was the debt incurred?** Opened 04/14  Last Active 03/14

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt Southwest Medic**

---

### 4.27  Plusfour, Inc
Nonpriority Creditor's Name

**Po Box 95846**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 0869                                   **$38.00**

**When was the debt incurred?** Opened 08/15  Last Active 02/15

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt Desert Radiolog**

---

### 4.28  Plusfour, Inc
Nonpriority Creditor's Name

**Po Box 95846**
**Las Vegas, NV 89193**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 7609                                   **$44.00**

**When was the debt incurred?** Opened 02/15  Last Active 09/14

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt Desert Radiolog**

---

| Debtor 1 | CHRISTIAN ANTONIO AGUILAR-ANGEL | | |
|---|---|---|---|
| Debtor 2 | RACHEL MONICA AGUILAR-ANGEL | Case number (if known) | 19-15396-MKN |

### 4.29 Plusfour, Inc
**Nonpriority Creditor's Name**

Po Box 95846
Las Vegas, NV 89193
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 9141

**When was the debt incurred?** Opened 06/14  Last Active 02/14

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Debt Desert Radiolog

**$44.00**

---

### 4.30 Plusfour, Inc
**Nonpriority Creditor's Name**

Po Box 95846
Las Vegas, NV 89193
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 6059

**When was the debt incurred?** Opened 11/13  Last Active 11/13

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Debt Desert Radiolog

**$41.00**

---

### 4.31 Plusfour, Inc
**Nonpriority Creditor's Name**

Po Box 95846
Las Vegas, NV 89193
Number Street City State Zip Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**Last 4 digits of account number** 0367

**When was the debt incurred?** Opened 10/13  Last Active 09/13

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  Medical Debt Desert Radiolog

**$56.00**

---

| Debtor 1 | CHRISTIAN ANTONIO AGUILAR-ANGEL | | |
|---|---|---|---|
| Debtor 2 | RACHEL MONICA AGUILAR-ANGEL | Case number (if known) | 19-15396-MKN |

---

**4.3.2** **Plusfour, Inc**
Nonpriority Creditor's Name

Po Box 95846
Las Vegas, NV 89193
Number Street City State Zip Code

Last 4 digits of account number **0695**    **$32.00**

When was the debt incurred?    **Opened 05/14  Last Active 01/14**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt Southwest Medic**

---

**4.3.3** **Plusfour, Inc**
Nonpriority Creditor's Name

Po Box 95846
Las Vegas, NV 89193
Number Street City State Zip Code

Last 4 digits of account number **2938**    **$76.00**

When was the debt incurred?    **Opened 3/30/15  Last Active 10/14**

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt Desert Radiolog**

---

**4.3.4** **Professional Credit**
Nonpriority Creditor's Name

Po Box 7548
Springfield, OR 97475
Number Street City State Zip Code

Last 4 digits of account number **7311**    **$50.00**

When was the debt incurred?    **Opened 5/30/16  Last Active 09/15**

**Who incurred the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Medical Debt Gentle Dental T**

---

Debtor 1 **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2 **RACHEL MONICA AGUILAR-ANGEL**

Case number (if known) **19-15396-MKN**

---

**4.35**

**Professional Credit**
Nonpriority Creditor's Name

**Po Box 7548**
**Springfield, OR 97475**
Number Street City State Zip Code

Last 4 digits of account number **7312**       $50.00

When was the debt incurred?  **Opened 5/30/16 Last Active 09/15**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt Gentle Dental T**

---

**4.36**

**Professional Credit**
Nonpriority Creditor's Name

**Po Box 7548**
**Springfield, OR 97475**
Number Street City State Zip Code

Last 4 digits of account number **7310**       $50.00

When was the debt incurred?  **Opened 5/30/16 Last Active 09/15**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt Gentle Dental T**

---

**4.37**

**Professional Credit**
Nonpriority Creditor's Name

**Po Box 7548**
**Springfield, OR 97475**
Number Street City State Zip Code

Last 4 digits of account number **7313**       $50.00

When was the debt incurred?  **Opened 5/30/16 Last Active 09/15**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Medical Debt Gentle Dental T**

---

| Debtor 1 | **CHRISTIAN ANTONIO AGUILAR-ANGEL** | | |
|---|---|---|---|
| Debtor 2 | **RACHEL MONICA AGUILAR-ANGEL** | Case number (if known) | **19-15396-MKN** |

---

**4.38** **St. Rose Siena**
Nonpriority Creditor's Name
**3001 St Rose Pkwy**
**Henderson, NV 89052**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **4423** — **$1,687.20**

When was the debt incurred? **2/4/2017**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Medical**

---

**4.39** **Sun Loan Company #21**
Nonpriority Creditor's Name
**4755 W Flamingo Rd Ste B**
**Las Vegas, NV 89103**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
■ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **8747** — **$303.00**

When was the debt incurred? **Opened 06/15  Last Active 10/15**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Note Loan**

---

**4.40** **Syncb/ashley Homestore**
Nonpriority Creditor's Name
**C/o Po Box 965036**
**Orlando, FL 32896**
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
■ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

Last 4 digits of account number **3354** — **$0.00**

When was the debt incurred? **Opened 9/04/16  Last Active 3/29/19**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Charge Account**

---

Debtor 1   **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2   **RACHEL MONICA AGUILAR-ANGEL**                              Case number (if known)   **19-15396-MKN**

| 4.4.1 | **Us Dept. Of Educatio** | Last 4 digits of account number | **8581** | $0.00 |

Nonpriority Creditor's Name

**2401 International Lane**
**Madison, WI 53704**
Number Street City State Zip Code

When was the debt incurred?   **Opened 09/11  Last Active 8/31/14**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Government Unsecured Guarantee Loan**

---

| 4.4.2 | **Veros Credit** | Last 4 digits of account number | **0554** | $0.00 |

Nonpriority Creditor's Name

**2333 N Broadway**
**Santa Ana, CA 92706**
Number Street City State Zip Code

When was the debt incurred?   **Opened 11/14  Last Active 6/25/15**

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Automobile**

---

| 4.4.3 | **Wakefield & Associates** | Last 4 digits of account number | **LHF8** | $463.00 |

Nonpriority Creditor's Name

**10800 E Bethany Drsuite**
**Aurora, CO 80014**
Number Street City State Zip Code

When was the debt incurred?   **Opened 11/18**

**Who incurred the debt?** Check one.

- ☐ Debtor 1 only
- ■ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Collection Attorney Fremont Er Svcs Mandavia**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you**

Debtor 1  **CHRISTIAN ANTONIO AGUILAR-ANGEL**
Debtor 2  **RACHEL MONICA AGUILAR-ANGEL**              Case number (if known)  **19-15396-MKN**

have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Donna Armenta, Esq.**<br>**8545 W. Arm Springs, ESQ**<br>**Las Vegas, NV 89113** | Line **4.19** of (Check one):<br><br>Last 4 digits of account number | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  |  | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 7,104.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 41,787.02 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 48,891.02 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **CHRISTIAN** | **ANTONIO** | **AGUILAR-ANGEL** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **RACHEL** | **MONICA** | **AGUILAR-ANGEL** |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **DISTRICT OF NEVADA** | | |
| Case number (if known) | **19-15396-MKN** | | |

■ Check if this is an amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules            12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

■ No

☐ Yes. Name of person _____  Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X **/s/ CHRISTIAN ANTONIO AGUILAR-ANGEL**              X **/s/ RACHEL MONICA AGUILAR-ANGEL**
**CHRISTIAN ANTONIO AGUILAR-ANGEL**                       **RACHEL MONICA AGUILAR-ANGEL**
Signature of Debtor 1                                                              Signature of Debtor 2

Date **September 25, 2019**                                                   Date **September 25, 2019**